IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MELCHER,<br><br>              Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>              Defendants. | Case No.: 11-cv-6373 JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Now pending before the Court is Plaintiff's request to continue the Case Management Conference scheduled for May 3, 2012. (Dkt. No. 8). Plaintiff indicates that he intends to amend his Complaint and requests a continuance until after he has done so. The Court GRANTS Plaintiff's request to continue the Case Management Conference.

Plaintiff shall file his amended complaint by April 20, 2012 and file proof of service of the Summons and Complaint on Defendants by May 4, 2012. The Case Management Conference is continued until June 21, 2012 at 1:30 p.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The Case Management Statement is due June 14, 2012.

1    **IT IS SO ORDERED.**

3   Dated: April 18, 2012

*Jacqueline S. Corley*
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE