United States District Court
Northern District of California

1
2
3
4
5
6
7           IN THE UNITED STATES DISTRICT COURT
8         FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
11
12  PAUL MELCHER,                          Case No.: 11-cv-6373 JSC
                                           **ORDER CONTINUING CASE**
13              Plaintiff,                 **MANAGEMENT CONFERENCE**
14        v.
15
16  UNITED STATES POSTAL SERVICE,
    et al.,
17
                Defendants.
18
19
20          Now pending before the Court is Plaintiff's request to continue the Case Management
21  Conference scheduled for May 3, 2012.  (Dkt. No. 8).  Plaintiff indicates that he intends to
22  amend his Complaint and requests a continuance until after he has done so.  The Court
    GRANTS Plaintiff's request to continue the Case Management Conference.
23
            Plaintiff shall file his amended complaint by April 20, 2012 and file proof of service
24  of the Summons and Complaint on Defendants by May 4, 2012.  The Case Management
25  Conference is continued until June 21, 2012 at 1:30 p.m. in Courtroom F, 15th Floor, 450
26  Golden Gate Avenue, San Francisco, California.  The Case Management Statement is due
27  June 14, 2012.
28

1

**IT IS SO ORDERED.**

2

3  Dated:  April 18, 2012

4  _____

JACQUELINE SCOTT CORLEY

5  UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California